IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE MARQUEZ, ANGEL CHILLOGALLO, and GERMAN ORTEGA, on behalf of themselves and others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:16-cv-7009 |
| v. | ) ) | |
| PAULYS PIZZARIA GRAND, INC., d/b/a TORTORICE'S PIZZA, BILL LOUMBARDIAS, and BILL LITSOGIANNIS, | ) ) ) ) ) | Magistrate Judge Michael Mason |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiffs Jose Marquez, Angel Chillogallo, and German Ortega, opt-in Plaintiff Mario Mondragon, and Defendants Paulys Pizzaria Grand, Inc., Bill Loumbardias, and Bill Litsogiannis stipulate that Plaintiffs' claims against Defendants may be dismissed with prejudice and without costs, each party to bear its own attorneys' fees, and that an order to that effect may be entered without further notice.

AGREED:

| | |
|---|---|
| /s/ Christopher J. Wilmes | /s/ Steven M. Laduzinsky |
| One of the Attorneys for Plaintiff | One of the Attorneys for Defendant |
| | |
| Matthew J. Piers | Steven M. Laduzinsky |
| Christopher J. Wilmes | Conor S. Sickel |
| Hughes Socol Piers Resnick & Dym, Ltd. | Laduzinsky & Associates, P.C. |
| 70 W. Madison St. Suite 4000 | 216 S. Jefferson St., Suite 301 |
| Chicago IL 60602 | Chicago, IL 60661 |
| 312-580-0100 | 312-424-0700 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2017, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

>Steven M. Laduzinsky
>Conor S. Sickel
>Laduzinsky & Associates, P.C.
>216 S. Jefferson St., Suite 301
>Chicago, IL  60661

/s/ Christopher J. Wilmes
One of the Attorneys for Plaintiffs